UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:   21-cr-02129-JLS |
|---|---|
| Plaintiff, | |
| v. | |
| JONATHAN PALAZUELOS, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for October 8, 2021 at 1:30 p.m. be continued to November 12, 2021 at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

Defendant shall file an acknowledgment of the new hearing date within one week of this Order.

IT IS SO ORDERED.

Dated:  October 4, 2021

Hon. Janis L. Sammartino
United States District Judge